**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT SMITH, an individual, individually and on behalf of a class of similarly situated persons, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> AMERICREDIT FINANCIAL SERVICES, INC., a business entity form unknown, DBA ACF Financial Services, Inc., <br><br> Defendant - Appellee. | No. 09-57016 <br><br> D.C. No. 3:09-cv-01076-DMS-BLM <br><br><br><br> ORDER |

Appeal from the United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Argued and Submitted December 8, 2011
Pasadena, California

Before: B. FLETCHER, SILVERMAN, and WARDLAW, Circuit Judges.

Because of recent developments after the district court's order on December 11, 2009, we vacate the order compelling arbitration and remand the matter for reconsideration in light of *AT&T Mobility, LLC v. Concepcion*, 131 S. Ct. 1740 (2011), and *Sanchez v. Valencia Holding Co.*, ___ Cal. Rptr. 3d ___, 2011 WL 5865694 (Ct. App. 2011).

**VACATED AND REMANDED**.